# United States District Court

SOUTHERN  DISTRICT OF  NEW YORK

The Annuity, Pension, Welfare and Apprenticeship Skill Improvement & Safety Funds of the International Union of Operating Engineers Local 137, 137A, 137B, 137C & 137R et al.

V.

M.V.M. Contracting Corp.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

08 CIV. 3704

BRIEANT

TO: (Name and address of defendant)

M.V.M. Contracting Corp.
25 Seventh Street
Pelham, New York 10803

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRADY McGUIRE & STEINBERG, P.C.
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706

an answer to the complaint which is herewith served upon you, within ____Twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon

CLERK

(BY) DEPUTY CLERK

APR 1 8 2008

DATE

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.3704         AND FILED ON          4/18/2008

| | |
|---|---|
| THE ANNUITY, PENSION, WELFARE AND APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL Vs. | Plaintiff(s)/Petitioner(s) |
| M.V.M. CONTRACTING CORP. | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                    )
                                      ) SS
COUNTY OF WESTCHESTER                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 4/26/2008 at 10:45AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT

Party Served: M.V.M. CONTRACTING CORP.          (herein called recipient) therein named.

At Location: 25 SEVENTH STREET
PELHAM NY 10803

By delivering to and leaving with JAMIE JONES and that deponent knew the person so served to be the MANAGING AGENT of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM    Color of Skin: WH    Color of Hair: BLONDE
Age: 28    Height: 5'5"
Weight: 180    Other Features:

Sworn to before me on  4/25/2008

_Gail Williams_ (signature)

_Joseph Vallone_ (signature)
Joseph Vallone
Server's License#: 1100190

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010