**From:** Kyocera@beckliebmanpetrone.com
**Date:** June 30, 2008 7:05:58 AM EDT
**To:** ctbistany@yahoo.com
**Subject:** Kyocera Scanner

-------------------
KM-5050
[00:c0:ee:1a:a3:8d]
-------------------

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------------

The Annuity, Pension, Welfare and Apprenticeship
Skill Improvement & Safety Funds of the
International Union of Operating Engineers Local
137, 137A, !37B, 137C & 137R et al

Case No.   08 CIV. 3704

RULE 7.1

Plaintiffs,

M.V.M. CONTRACTING CORP.,

Assigned Judge:
Hon. Charles L. Brieant

Defendant.

-----------------------------------------------------------------------------------

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party.

NONE.

Dated:   White Plains, NY
         June 30, 2008

_____
CHARLES T. BISTANY, ESQ. (CTB-6664)
Attorney for Defendant
M.V.M. CONTRACTING CORP.
399 Knollwood Road
White Plains, NY 10603
Tel: 914 - 328-0068

TO:   BRADY MCGUIRE & STEINBERG, P.C.
      Attorneys for Plaintiffs
      603 Warburton Avenue
      Yonkers, NY 10706